**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8539**

---

GEORGE M. LEWIS,

Plaintiff - Appellant,

and

GREGORY BERNARD HARSLEY, SR.; ELLIOTT GAINES;
KIASI POWELL; ROY LEE PERRY; JOSEPH S. ROBIN-
SON; BRUCE J. PAQUETTE; STEPHEN E. MCCLELLAND;
YURU A. YURU A. AL-MU'MIN; M. SULAIMANI;
WILLIAM B. RILEY; JAMES D. PARKER; KARL GENE
WARD; DONALD THOMAS BARONE; PAUL PATRICK
MCCARTHY; ROBERT A. MILLER; WILLIE STEWART
BEY; EDWARD X. ANDREWS; JAMIE FURLOUGH;
WILLIAM A. SCOTT; CALVIN ARCHER; LOUIS L.
SPEIGHT; DAVID L. WRIGHT; ANDRE CRAIG MOORE,

Plaintiffs,

versus

HUNTER B. ANDREWS; BRUCE MEADOWS, Secretary of
State Board of Elections of Virginia; TOM
MOSS, House Speaker of the General Assembly of
Virginia; DOROTHY F. KEA, General Register of
County of State Board of Elections; TEM STAN-
LEY; GEORGE ALLEN, Governor of Virginia; JAMES
S. GILMORE, III, Attorney General of Virginia;
KEITH LAWRENCE WHITE; LONNIE X. JONES,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-95-1396-AM)

Submitted: March 21, 1996                    Decided: April 16, 1996

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

George Maurice Lewis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint and denying his motion filed under Fed. R. Civ. P. 59(e). We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Lewis v. Andrews, No. CA-95-1396-AM (E.D. Va. Oct. 5, 1995; Nov. 9, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2